IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT DIGGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHAANXI MIAOTONGGUO TRADE CO., LTD., et al.,<br><br>　　　　Defendants. | Case No. 23-cv-05871<br><br>**Judge Sara L. Ellis**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## DEFAULT JUDGMENT ORDER

This action having been commenced by Plaintiff Robert Diggs, ("Plaintiff") against the defendants identified on Schedule A, and using the online marketplace accounts identified on Schedule A (collectively, the "Online Marketplaces"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "WU-TANG CLAN Trademarks") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the WU-TANG CLAN Trademarks. *See* Docket No.[16], Exhibit 2 to the Declaration of Emily Holt, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the WU-TANG CLAN Trademarks.

A list of the WU-TANG CLAN Trademarks is included in the below chart.

| REGISTRATION NUMBER | REGISTERED TRADEMARK |
|---|---|
| 3,578,670 | WU-TANG (logo) |

| | |
|---|---|
| 3,605,223 | |
| 3,578,668 | WU-TANG CLAN |
| 5,572,964 5,572,965 6,156,391 | WU WEAR |
| 6,218,672 | WU-TANG: AN AMERICAN SAGA |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the WU-TANG CLAN Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Wu-Tang Clan product or not authorized by Plaintiff to be sold in connection with the WU-TANG CLAN Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Wu-Tang Clan product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the WU-TANG CLAN Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the WU-TANG CLAN Trademarks, or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), Walmart Inc. ("Walmart"), Etsy, Inc. ("Etsy"), WhaleCo, Inc. ("Temu") and DHgate.com ("DHgate") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could

4

    continue to sell counterfeit and infringing goods using the WU-TANG CLAN Trademarks; and

    b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the WU-TANG CLAN Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Wu-Tang Clan product or not authorized by Plaintiff to be sold in connection with the WU-TANG CLAN Trademarks.

3. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the WU-TANG CLAN Trademarks.

4. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of counterfeit WU-TANG CLAN Trademarks on products sold through at least the Online Marketplaces. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), Walmart, Etsy, DHgate, Temu, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Online Marketplaces from transferring or

        disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Wish.com, Ant Financial, Walmart, Etsy, DHgate, Temu, and Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Emily Holt and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Default Judgment.

Dated: December 20, 2023

_____
Judge Sara L. Ellis
United States District Judge

Robert Diggs v. Shaanxi Miaotongguo Trade Co., Ltd., et al. - Case No. 23-cv-05871

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | sexlifelike.en.alibaba.com | Shaanxi Miaotongguo Trade Co., Ltd. |
| 2 | aliexpress.com/store/1102341693 | 246 Lucky Case Store |
| 3 | aliexpress.com/store/1102603120 | 261 Exquisite Phone Case Store |
| 4 | aliexpress.com/store/1102650287 | 268 TOP Phone Case Store |
| 5 | aliexpress.com/store/1102668036 | 5D DIY Diamond Painting Store |
| 6 | aliexpress.com/store/1101810427 | AliexpressFurniture Store |
| 7 | aliexpress.com/store/1102778070 | Amand Home Textile Store |
| 8 | aliexpress.com/store/1102550446 | CRDD Store |
| 9 | aliexpress.com/store/1102560312 | CSMY Home Store |
| 10 | aliexpress.com/store/1102602344 | Excellent Home Furnishing Store |
| 11 | aliexpress.com/store/1101772657 | GoodLucky 520 Store |
| 12 | aliexpress.com/store/1102875804 | Huahua-83 Store |
| 13 | aliexpress.com/store/1101956213 | Jewedsr Mat 888 Store |
| 14 | aliexpress.com/store/1102602204 | Jupiter Home Textiles Store |
| 15 | aliexpress.com/store/1102809805 | Jupiter1023 Store |
| 16 | aliexpress.com/store/1101949261 | JZIU Bed Life Store |
| 17 | aliexpress.com/store/1102695439 | MKORS Official Store |
| 18 | aliexpress.com/store/1101220898 | MSI Customized Store |
| 19 | aliexpress.com/store/1102727787 | Nordic Home Carpet Store Store |
| 20 | aliexpress.com/store/1102773967 | Sarai Home Textile Store |
| 21 | aliexpress.com/store/1101991637 | Shop1100124006 Store |
| 22 | aliexpress.com/store/1102312971 | Shop1102313903 Store |
| 23 | aliexpress.com/store/1102486280 | Shop1102486279 Store |
| 24 | aliexpress.com/store/1102484326 | Shop1102487350 Store |
| 25 | aliexpress.com/store/1102563536 | Shop1102566496 Store |
| 26 | aliexpress.com/store/1102585002 | Shop1102579024 Store |
| 27 | aliexpress.com/store/1102666168 | Shop1102667150 Store |
| 28 | aliexpress.com/store/1102709354 | Shop1102711344 Store |
| 29 | aliexpress.com/store/1102724416 | Shop1102726375 Store |
| 30 | aliexpress.com/store/1102738892 | Shop1102736939 Store |
| 31 | aliexpress.com/store/1102598756 | Sunny Shop Store |
| 32 | aliexpress.com/store/1102777085 | Tacy Home Textile Store |

|  |  |  |
| --- | --- | --- |
| 33 | aliexpress.com/store/1102597253 | Tinny Home Textiles Store |
| 34 | aliexpress.com/store/1102603210 | Tyrese Home Textiles Store |
| 35 | aliexpress.com/store/1102770721 | UFO Carpet VIP Store |
| 36 | DISMISSED | DISMISSED |
| 37 | amazon.com/sp?seller=A1FYCUSWHEL2PL | A1FYCUSWHEL2PL |
| 38 | amazon.com/sp?seller=A2Q90ENDFFK47Q | A2Q90ENDFFK47Q |
| 39 | amazon.com/sp?seller=A3SZ2ST9QT5W9Z | A3SZ2ST9QT5W9Z |
| 40 | amazon.com/sp?seller=AZ8PRIUGZ520K | ABDULLAH YILMAZ LLC |
| 41 | amazon.com/sp?seller=AXJOVZRXLKLJZ | AXJOVZRXLKLJZ |
| 42 | amazon.com/sp?seller=A1A3P8Y03HUNLP | Bealam |
| 43 | amazon.com/sp?seller=A1JN8CI5JIHWZ3 | Chagas jams |
| 44 | amazon.com/sp?seller=A8A8PV34R21VG | Changlongda Trading Co., Ltd |
| 45 | amazon.com/sp?seller=A29EEL554ARNRZ | ChristianDan |
| 46 | amazon.com/sp?seller=AD2M4EMUQTY5C | Deodsky |
| 47 | amazon.com/sp?seller=A3AJDUZZBQQ765 | dongfangshiyihuimingwangluokejiyouxiangongsi |
| 48 | amazon.com/sp?seller=A1VR3Y4111T3NA | gangtingdianzishangwu |
| 49 | amazon.com/sp?seller=A1OVKG46917PBY | GaoZhiXiangGHFGKJHKGJH |
| 50 | amazon.com/sp?seller=A3G3VD7N7GMN49 | guangzhouyuxinshangmaoyouxiangongsi11 |
| 51 | amazon.com/sp?seller=A1NPEWLJ47Q2H9 | hanmingmaoyiyouxian |
| 52 | amazon.com/sp?seller=A14X02XLKCWZ1X | liangweidongdianpu |
| 53 | amazon.com/sp?seller=A3SM76H87ASYAZ | liuzhen0105 |
| 54 | amazon.com/sp?seller=A2MU4UKQ4E9CMZ | LiWenXi TiFang |
| 55 | amazon.com/sp?seller=A2H23AL2AG3ET4 | LUOXHUA |
| 56 | amazon.com/sp?seller=A2FCWMKNAGIXM4 | pu tian shi cheng xiang qu gao su fu zhuang dian |
| 57 | amazon.com/sp?seller=A273SKXIKM7ZPE | RobSutter |
| 58 | DISMISSED | DISMISSED |
| 59 | amazon.com/sp?seller=A2OLWBS96DAUC9 | shanghaisujiamengdajianzhuzhuangshigongchengyouxia |
| 60 | amazon.com/sp?seller=A1IS8QBV1RGGPU | ShengLidedianpu |
| 61 | amazon.com/sp?seller=A21E7GQWA9BZT | Shufusic |
| 62 | amazon.com/sp?seller=A2WT7TJCOEO8LL | sichuannuoyuyangleidianzishangwuyouxiangongsi |
| 63 | DISMISSED | DISMISSED |
| 64 | amazon.com/sp?seller=A373THO7RKNWCB | wubujiandedian |
| 65 | amazon.com/sp?seller=A15PW6AO29X9XR | Yangmiewang-Shop |
| 66 | amazon.com/sp?seller=A14UWTFJCYGQGL | ZhangShuYanxiaodian |
| 67 | amazon.com/sp?seller=A36C3G4WLS67LE | zhangyanjiefff |
| 68 | dhgate.com/store/21848482 | af567 Store |

| | | |
|---|---|---|
| 69 | dhgate.com/store/21818959 | casd |
| 70 | dhgate.com/store/21818954 | cih7 |
| 71 | dhgate.com/store/21818938 | e9rn |
| 72 | dhgate.com/store/21818956 | ebpv |
| 73 | dhgate.com/store/21800617 | fbcq |
| 74 | dhgate.com/store/21800991 | iism |
| 75 | dhgate.com/store/21829104 | jingtou33 Store |
| 76 | dhgate.com/store/21800618 | mjta |
| 77 | dhgate.com/store/21818871 | omjb |
| 78 | dhgate.com/store/21829958 | rinuita Store |
| 79 | dhgate.com/store/21818979 | xbog |
| 80 | dhgate.com/store/21818895 | y0ls |
| 81 | ebay.com/usr/enzon-tech | enzon-tech |
| 82 | ebay.com/usr/yuchen-tech | yuchen-tech |
| 83 | temu.com/m-1297809114620.html | How big is the decoration |
| 84 | wish.com/merchant/6062b89606897548ceb3ce06 | adhjajfhdfqd |
| 85 | wish.com/merchant/5af5568f9b069c13e5930903 | cheel juhs |
| 86 | wish.com/merchant/5aa4e33e54bd093d370cb39c | chenyaxiang999 |
| 87 | wish.com/merchant/5f4614976d20429db4d9c11f | cvljq4shop |
| 88 | wish.com/merchant/5ab5abb967d25c24afe5ac41 | Dreamingdream |
| 89 | wish.com/merchant/6084e895729e094582d92bf5 | gexinhu57785 |
| 90 | wish.com/merchant/5e891806a7d6496520da4055 | Gretchen Padilla |
| 91 | wish.com/merchant/5d4f939e7edfad1bb70a6638 | Halen IT |
| 92 | wish.com/merchant/5f45e41687619cb37e59b731 | Hanzxiaofeng |
| 93 | wish.com/merchant/5e465ba5082dca6a2b36086a | Jiandone Well |
| 94 | wish.com/merchant/5f5355d4474cf27370c8777f | Jianyuanhuan |
| 95 | wish.com/merchant/5e9feeac069202cae93d9a80 | jjtsljnwqeqoqg |
| 96 | wish.com/merchant/5eb05c75e5e7c3c46cf3d756 | keliiforeman1277384 |
| 97 | wish.com/merchant/5e9bf57def1dce07a8eb3da1 | kwntlhikzacwqqva |
| 98 | wish.com/merchant/60baeff18bbda72fc6a2bfcb | liuliming3465 |

| | | |
|---|---|---|
| 99 | wish.com/merchant/60bae7cb2615ac275da22c4c | lixiang27258 |
| 100 | wish.com/merchant/5e9a9da9ef1dce5e29eb3d9b | ryan williamsu |
| 101 | wish.com/merchant/5e9ff65561bb1a03536e37d5 | siueoirntewe |
| 102 | wish.com/merchant/5e843e0db3e30aee11786b30 | Socank |
| 103 | wish.com/merchant/5d4f73e14115da3d86010445 | SUKI IT |
| 104 | wish.com/merchant/5e9e445229e7866d561b8aad | Thomas ONeilly |
| 105 | wish.com/merchant/5adfee0fabef9567ac15bb47 | tongyinsheng |
| 106 | wish.com/merchant/5f60611d137df43ec6541a4b | xukunneng666 |
| 107 | wish.com/merchant/5f363e5122e70ea0c51e1973 | yudan3045 |